United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHISN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **ANGEL EDUARDO CHEN COY,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **Civil Action No. 5:26-CV-00774** |
| | § | |
| **WARDEN, WEBB COUNTY** | § | |
| **DETENTION CENTER,** | § | |
| **Respondent.** | § | |

### ORDER TO SHOW CAUSE

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1). On April 29, 2026, the Court ordered Respondent to file a response to the petition and serve it on Petitioner by May 6, 2026. (Dkt. No. 5). The Court also directed the Clerk to serve the Petition on Respondent via electronic mail. (*Id.*). Respondent has not filed a response to the petition.

Accordingly, Respondent is hereby **ORDERED** to file a response to the petition in accordance with the Court's prior Order, (Dkt. No. 5),[1] and show good cause for their delay by **May 22, 2026**. Should Petitioner wish to file a reply, they must do so **no later than May 29, 2026**. If Respondent fails to respond, the Court may deem the Petition unopposed.

The Court **DIRECTS** the Clerk of Court to send this Order by electronic mail to USATXS.CivilNotice@usdoj.gov.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to his address on file with the Court: Webb County Detention Center, 9998 S. Highway 83, Laredo, TX 78041.

---

[1] Respondent must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is pro se.

It is so **ORDERED**.

**SIGNED** on May 18, 2026.

John A. Kazen
United States District Judge